Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Eron Iturrios**

Case Number:  **2:21CR00310**

Name of Sentencing Judicial Officer: **Honorable George H. Wu**

Date of Original Sentence: **July 24, 2014**

Original Offense: **Possession with Intent to Distribute and Distribute of Controlled Substances**

Original Sentence: **78 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **March 22, 2019**

Date Jurisdiction Transferred to District of Nevada: **December 10, 2021**

Name of Assigned Judicial Officer: **Honorable James C. Mahan**

## SUMMARY

On April 18, 2022, Iturrios submitted a travel request for a 4-day trip to Hermosillo, Mexico, from May 13, 2022 to May 16, 2022. The purpose of the trip is to meet with his son who resides in Mexico.

If approved, Iturrios would travel in his personal vehicle. Iturrios estimates the cost of the trip is $1500.

Currently Iturrios is compliant with his conditions of supervision. The probation office respectfully requests that Iturrios be permitted to travel to Mexico. Iturrios is aware that if the Court does not authorize travel, he must remain in the United States until he satisfactorily completes his term of supervision.

**RE: Eron Iturrios**

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

Javier Muruato
U.S. Probation Officer

Approved:

Todd J. Fredlund
Supervisory United States Probation Officer

*THE COURT ORDERS*

[X]   Requested Travel is Approved

☐    Requested Travel is Denied

☐    Other

*Signature of Judicial Officer*

April 29, 2022
Date